AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Sergio, MACIAS-Torres | ) | |
| | ) | EP:23-M-00085-MAT |
| | ) | |
| | ) | |
| Defendant(s) | | |

**FILED**
January 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Fidel Morales_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 9, 2023** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:
Charge #1: Sergio, MACIAS-Torres

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
__January 10, 2023__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date: 01/10/2023

City and state: El Paso, Texas

*Complainant's signature*
Jorge L. Labori, Border Patrol Agent
*Printed name and title*

*Judge's signature*
Miguel A Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Sergio MACIAS TORRES

PEPT# PEPT230100056

01/10/2023

FACTS    (CONTINUED)

On January 9, 2023, a Border Patrol Agent assigned to the U.S. Highway 62/180 Immigration Checkpoint in Desert Haven Texas, in the Western District of Texas observed a black in color Ford F-150 approaching the Checkpoint. As the vehicle stopped at the primary inspection area the Agent identified himself as Border Patrol Agent and questioned the driver later identified as MACIAS-Torres, Sergio (herein referred as the DEFENDANT) as to his citizenship. The DEFENDANT stated that he was not a United States citizen and that he was heading to Albuquerque, NM. The Agent then asked the DEFENDANT if he had any form of identification with him, to which he replied no. The Agent then questioned the passenger of the vehicle as to her citizenship. The passenger did not answer the question, was looking straight forward and avoiding eye contact.

The Agent then asked the DEFENDANT to lower the rear driver side window, the DEFENDANT then kept locking and unlocking the vehicle doors and not lowering the window. The Agent then noticed movement in the rear seats of the vehicle and asked the DEFENDANT for consent to open the vehicle door, the DEFENDANT gave consent to open the door. The Agent then opened the vehicle door and discovered five individuals laying on top of each other and crunched down inside the vehicle. The Agent then questioned the five individuals as to their citizenship, all the individuals sated that they were citizens of Mexico. The Agent then questioned all the occupants to include the DEFENDANT if they had any documents to be or remain in the United States legally to which all occupants stated they did not have.

The Agent then placed all individuals under arrest for their involvement in an alien smuggling scheme and escorted them inside the Checkpoint for further questioning and investigation.

The following is a non-verbatim synopsis of the DEFENDANT post Miranda statement.

The DEFENDANT stated that he told an acquaintance that he wanted to cross illegally into the United States. His acquaintance told him he knew someone that crosses people illegally. The DEFENDANT and his acquaintance met with the smuggler. The smuggler advised the DEFENDANT that he would cross the DEFENDANT if he would do a job for him. The DEFENDANT agreed to the offer and stated that since the smuggler ask him if he knew how to drive, he "pretty much knew that he wanted me to transport illegal aliens". The DEFENDANT stated that once in the United States a person gave him the keys to the vehicle and $500.00 USD for food and gas and told him to drive seven individuals to Albuquerque, NM. The DEFENDANT also stated that he was told by the smuggler that the individuals inside his vehicle had to hide so that way they wouldn't been seen.
Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Sergio MACIAS TORRES

PEPT# PEPT230100056

01/10/2023

FACTS    (CONTINUED)

Immigration History:
The DEFENDANT is a national and citizen of Mexico without any documents allowing him to be or remain in the United States legally.

Criminal History:
None.